UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALIHA MADDEN, on behalf of herself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                              Defendants. | 11-CV-8149 (CS)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending

☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: THOMAS A. LEGHORN

My SDNY Bar Number is: TL6244

My State Bar Number is: 181119

I am,

☒ An attorney

☐ A Government Agency attorney

☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

**OLD** FIRM: FIRM NAME:        Wilson Elser Moskowitz Edelman & Dicker, LLP (CT)
FIRM ADDRESS:              1010 Washington Blvd., Stamford, CT 06901
FIRM TELEPHONE NUMBER:     914-323-7000
FIRM FAX NUMBER:           914-323-7001

**NEW** FIRM: FIRM NAME:        Wilson Elser Moskowitz Edelman & Dicker, LLP
FIRM ADDRESS:              150 East 42nd Street, New York, NY 10017
FIRM TELEPHONE NUMBER:     212-490-3000
FIRM FAX NUMBER:           212-490-3038

4933480v.1

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:   New York, New York
         February 16, 2012

                                            Yours, etc.,

                                            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                            By: _____/s/_____
                                                Thomas A. Leghorn, Esq.
                                                *Attorneys for Defendants*
                                                150 East 42nd Street
                                                New York, NY 10017
                                                212-490-3000
                                                10277.00145