# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

343 MANVILLE ROAD
PLEASANTVILLE, NEW YORK 10570
TEL: 914-946-1981  FAX: 914-946-2930
DANIEL@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.*
*ADMITTED IN NY & OH

MANHATTAN OFFICE
9 East 40th Street, Suite 1300
New York, New York 10016

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
*ADMITTED IN NY & MA

November 28, 2012

VIA FAX (914-390-4298)

Hon. Cathy Seibel
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601-4150

*[Handwritten note: Per my 11/27 Order (Doc. 19), opposition letter is due 12/10/12. — Docketed 11/28]*

Re:     Madden v. Midland Funding, LLC, et al.
Index:  11-CV-8149

Your Honor:

This office, along with co-counsel O. Randolph Bragg, represents Plaintiff Saliha Madden and the proposed class in the above referenced action, brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* and New York General Business Law § 349, and arising from violations of state usury laws by Defendants Midland Funding, LLC and Midland Credit Management, Inc.

At 4:47 PM yesterday afternoon, this office received a pre-motion letter regarding Defendants' anticipated motion for summary judgment. Pursuant to Your Honor's rules, Plaintiff's response is due this Friday, 11/30/12. Plaintiff respectfully requests that her time to respond be extended 3 business days, to Wednesday, 12/5/12.

The reason for this request is that I am travelling this afternoon to Philadelphia for a mediation in another matter to be held all day tomorrow, and possibly into Friday. This is the first request by any party for an extension of time regarding the anticipated motion. Opposing counsel consents to Plaintiff's request. The requested extension does not impact any other deadlines.

Respectfully,

s/Daniel A. Schlanger

Daniel A. Schlanger

So Ordered,

*/s/ Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated 12/4/12

cc:   Thomas Leghorn, Esq.;
      O. Randolph Bragg, Esq.;
      Elizabeth Shollenberger, Esq.