IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALIHA MADDEN, on behalf of herself and all others similarly situated,<br><br>                           Plaintiff,<br><br>-against-<br><br>MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC.<br><br>                           Defendants. | Civil No.: 7:11-cv-08149 (CS)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that, upon Defendants Midland Funding, LLC and Midland Credit Management, Inc. (the "Defendants") Memorandum of Law in Support of Their Motion for Summary Judgment, Statement of Undisputed Material Facts pursuant to Local Rule 56.1, the Declaration of Thomas A. Leghorn, and exhibits annexed thereto, and all other papers and proceedings in this action, Defendants move this Court, at the United States District Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 before the Honorable Cathy Seibel, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in Defendants' favor, dismissing all claims against Defendants, with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       January 25, 2013

                                        Respectfully Submitted,

                           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                           By: _____
                                Thomas A. Leghorn
                                150 E. 42nd Street
                                New York, NY 10017
                                (212) 490-3000 (phone)

(212) 490-3038 (facsimile)
thomas.leghorn@wilsonelser.com
*Attorney for Defendants*

To:    Daniel A. Schlanger, Esq.
Schlanger & Schlanger, LLP
343 Manville Road
Pleasantville, New York 10570
daniel.schlanger@schlangerlegal.com
*Attorneys for Plaintiff*