UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SALIHA MADDEN, on behalf of herself and all others similarly situated,

                            Plaintiff,

                 - against -

MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC.,

                           Defendants.
-------------------------------------------------------------------x

**ORDER**

No. 11-CV-8149 (CS)

Seibel, J.

      On September 30, 2013, the parties appeared before me for an oral ruling on Plaintiff's Motion to Strike Defendants' Offer of Judgment, (Doc. 35), Plaintiff's Motion for Class Certification, (Doc. 25), and Defendants' Motion for Summary Judgment, (Doc. 30).  For the reasons stated on the record, Plaintiff's Motions are DENIED and Defendant's Motion is DENIED.  The Clerk of Court is respectfully directed to terminate the pending Motions.  (Docs. 25, 30, 35.)

      Should the parties wish to file a motion for reconsideration, they shall do so within fourteen (14) days of receipt of the September 30, 2013 conference transcript.  The parties are directed to appear for a status conference on **November 15, 2013** at 4:00 p.m.  Discovery will be stayed pending the status conference.

**SO ORDERED.**

Dated: September 30, 2013
       White Plains, New York

                                            _____
                                              CATHY SEIBEL, U.S.D.J.