# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

**9 EAST 40TH STREET, SUITE 1300**
**NEW YORK, NEW YORK 10016**
**TEL: 914-946-1981  FAX: 914-946-2930**
**DANIEL.SCHLANGER@SCHLANGERLEGAL.COM**
**WWW.NEWYORKCONSUMERPROTECTION.COM**

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
  *ADMITTED IN NY & MA

**WESTCHESTER OFFICE**
**343 MANVILLE ROAD**
**PLEASANTVILLE, N.Y. 10570**

August 13, 2014

**VIA ECF**

Hon. Cathy Seibel
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601-4150

    **Re:**    Madden v. Midland Funding, LLC, et al.
    **Index:**  11-CV-8149

Your Honor:

    This office, along with co-counsel O. Randolph Bragg, represents Plaintiff in the above referenced action, brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), New York General Business Law § 349, and New York's usury laws.

    I write to confirm that the August 15th Status Conference referred to in the Court's April 1, 2014 Minute Entry is off the calendar.

    Specifically:  Your Honor denied class certification in this matter on September 30, 2013. ECF #64.  The parties subsequently entered into a Stipulation For Entry Of Judgment For Defendants For Purpose Of Appeal, which disposed of all outstanding issues relating to Plaintiff, individually, and constituted a final appealable order.  The Court "so ordered" the Stipulation on June 2, 2014 (ECF #84).  Plaintiff subsequently filed a Notice of Appeal (ECF #85), and that appeal is currently being briefed by the parties.

    I note, however, that there is no separate docket entry specifically noting that the case before the District Court is closed (but for the appeal) or otherwise cancelling the upcoming conference.  For this reason, I write to confirm that the Court will not be holding a status conference on August 15th.

                                                Respectfully,

                                              *s/Daniel A. Schlanger*

                                              Daniel A. Schlanger

 cc:    Thomas Leghorn, Esq.;
         O. Randolph Bragg, Esq.