

March 3, 2017

**VIA ECF**

Hon. Cathy Seibel
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601-4150

      **Re:**      *Madden v. Midland Funding, LLC, et al.*
      **Index:**  11-CV-8149

Your Honor:

    I am co-counsel for Plaintiff in the above-referenced matter.  I write, on consent, to request a brief adjournment of the upcoming status conference, which is currently scheduled for March 8, 2017.  *ECF Doc. 132*.

    I am unavailable on March 8 due to a pre-existing family commitment.  All parties are, however, available on the following alternative dates:

- March 24 (3 PM or earlier)
- March 30 (any time)
- March 31 (3 PM or earlier)
- April 3 (any time)

    This is the first request for adjournment of the status conference.  The requested adjournment does not impact any other deadlines.  As noted above, Defendants consent to the adjournment.

                                                                Respectfully,

                                                              */s/Daniel A. Schlanger*

                                                              Daniel A. Schlanger

cc:    all counsel of record

---

Daniel A. Schlanger                                                                                   85 Broad Street
dschlanger@kakalec-schlanger.com                                                 18th Floor
T: (212) 500-6114                                                                                   New York, NY 10004
F: (646) 612-7996                                                                                   www.kakalec-schlanger.com