UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MADDEN, on behalf of herself and all others similarly situated,
        Plaintiff,

-against-

MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC.,
        Defendants.

------------------------------------------------------------x

ORDER

11 Civ. 8149 (CS)(LMS)

      By motion submitted *ex parte* to the undersigned by Class Counsel on June 16, 2017, which is filed herewith under seal, Class Counsel seeks certain relief. The Court being satisfied on the basis of the Declaration and Memorandum of Law submitted in support of the motion that the requested relief is appropriate, and further being satisfied that there is an appropriate basis to maintain the motion and its supporting documents under seal, IT IS HEREBY ORDERED:

1. That this case shall be recaptioned as *In re Midland Funding LLC Interest Rate Litigation* until further order of the Court;

2. That Sarah Madden is hereby relieved of any further responsibilities as class representative;

3. That Class Counsel may substitute one or more named plaintiffs in place of Sarah Madden within no more than three months of Defendants' production of the Class List on June 30, 2017, which would require substitution on or before September 30, 2017;

4. That all submissions in support of this motion shall be filed under seal.

The Clerk of the Court is directed to assure that the new caption is inserted in place of the

original caption on the docket sheet.

Dated: June 19, 2017
      White Plains, New York

**SO ORDERED**

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York