# EXHIBIT C

**[not filed via ECF]**