# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

---

(212) 972-1000

FACSIMILE: (212) 972-1030

www.LondonFischer.com

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614
TELEPHONE: (949) 252-0550
FACSIMILE: (949) 252-0553

LOS ANGELES OFFICE
355 S. GRAND AVENUE, SUITE 2450
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: (213) 943-1409
FACSIMILE: (213) 943-1412

February 7, 2019

**VIA ECF**

Honorable Lisa M. Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Madden v. Midland Funding, LLC, et al.
            11-cv-8149
            Our File No.: 827.0000001

Your Honor:

    I write on behalf of the parties in connection with a request for one final two-week extension through February 22, 2019 to file the joint motion for preliminary approval of the tentative settlement reached with your assistance.

    The parties have not been idle but over the past several weeks have exchanged countless drafts of the agreement, the motion itself and the exhibits necessary for approval of the notices to be sent to the class members. I am happy to report that the agreement is complete, and we are presently working with the class action claims administrator to make sure the notices we have drafted can be sent in the form and manner we had agreed upon within the draft settlement agreement.

    We appreciate the Court's consideration of this final request and anticipate the motion will be filed within the time requested, if not sooner.

                                        Respectfully,

                                        LONDON FISCHER LLP

                                        Thomas A. Leghorn

cc:    Daniel A. Schlanger, Esq.
        Counsel for Plaintiff

{N1424500.1 }