**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MIDLAND FUNDING, LLC INTEREST RATE LITIGATION | Civil Action No.: 11-cv-8149 (LMS) |

<u>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**</u>

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Joint Motion for Preliminary Approval of Class Settlement, the Declaration of Daniel A. Schlanger dated in Support of Joint Motion for Preliminary Approval of Class Action Settlement dated March 1, 2019, and the exhibits thereto, all other motion papers, and upon all prior pleadings, decisions, and orders in this matter, all parties in the above referenced action, by and through their respective counsel, hereby jointly move this Court for an Order:

i.    Granting preliminary approval of the parties' Class Settlement Agreement (the "Settlement Agreement") as fair, reasonable, adequate, and in the best interests of the Settlement Class;

ii.   Certifying the Settlement Class as defined in the Settlement Agreement;

iii.  Appointing Linda Taylor Gay, Marianne Norelli, Galo Uribe and Rocco Commisso as the Class Representatives;

iv.   Appointing Daniel A. Schlanger (of Schlanger Law Group LLP) and O. Randolph Bragg, (of Horowitz, Horowitz & Associates) as Class Counsel for the Settlement Class;

v.    Approving the parties' proposed Notice and Notice Plan (including the form, content, manner and timing of notice to the settlement class) and authorizing Notice to be distributed in accordance with the Notice Plan;

vi.   Approving KCC, LLC to serve as the class administrator;

vii.  Setting a hearing date for consideration of final approval of the Settlement Agreement pursuant to Fed. R. Civ. P. 23(c)(2) ("the Fairness Hearing") after the Notice period has expired so that the Court can consider any objections to the settlement; payment by Defendants of Plaintiffs' attorney's fees and costs and the proposed incentive payment to each of the Class Representatives; and can approve the Class Settlement; and

viii.  Granting such other and further relief as may be just and proper.


Dated: March 1, 2019

*/s/ Daniel A. Schlanger*
Daniel A. Schlanger
Evan S. Rothfarb
Schlanger Law Group LLP
9 East 40th St., Suite 1300
New York, NY 10016
T.  212-500-6114
F.  646-612-6996
dschlanger@consumerprotection.net
erothfarb@consumerprotection.net

O. Randolph Bragg, Esq.
*admitted pro hac vice*
Horwitz, Horwitz & Associates
25 East Washington Street, Suite 900
Chicago IL 60602
T. 800-985-1819
F. 312-372-1673
rand@horwitzlaw.com

*Counsel for Linda Taylor Gay, Marianne
Norelli, Galo Uribe, Rocco Commisso,
and the Putative Class*

*/s/ Thomas Leghorn*
Thomas Leghorn, Esq.

London Fischer LLP
59 Maiden Lane
New York, NY 10038
T. 212-490-3000
F. 917-538-0462
tleghorn@londonfischer.com

*Counsel for Defendants Midland Funding LLC
and Midland Credit Management, Inc.*